UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CRYSTAL LEMOND,

                      Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2025

25-CV-06378 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, this case is stayed until the business day after the President signs into law a budget appropriation that restores federal funding. The deadline for the Commissioner to file the Electronic Certified Administrative Record shall be extended from October 20, 2025, by the number of days between September 30, 2025, and the restoration of federal funding.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               October 22, 2025