UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025
```

-----------------------------------------------------------------X

CRYSTAL LEMOND,

                                  **Plaintiff,**

-against-

COMMISSIONER OF SOCIAL SECURITY,

                                  **Defendant.**

25-CV-06378 (VSB)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        In light of the recent lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, all deadlines shall be extended by the number of days between September 30, 2025, and the restoration of federal funding. Absent further order by the Court, Defendant shall file the Electronic Certified Administrative Record by no later than Tuesday, December 2, 2025.

**SO ORDERED.**

*/s/ Sarah Netburn*
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                November 18, 2025