**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

CRYSTAL LEMOND,

                    **Plaintiff,**

          -against-

COMMISSIONER OF SOCIAL SECURITY,

                    **Defendant.**

------------------------------------------------------------X

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #:_____         │
│ DATE FILED:__ 3/11/2026  _    │
└──────────────────────────────┘
```

25-CV-06378 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On March 10, 2026, Defendant filed the revised SSA Administrative Record. Per the Court's previous scheduling order (ECF No. 17), Plaintiff's brief shall be filed by no later than Tuesday, March 17, 2026; Defendant's brief shall be filed by no later than Monday, June 15, 2026; and Plaintiff's reply shall be filed by no later than Monday, June 22, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
            March 11, 2026